**UNDER SEAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| IN THE MATTER OF | ) | Misc. No. 11-mj-1132-MEH |
| THE EXTRADITION OF | ) | |
| HORACIO RANGEL CONTRERAS | ) | Order |
| a.k.a. "FILIGONIO" a.k.a. "EL FILI" | ) | |

---

BEFORE ME, a United States Magistrate Judge for the District of Colorado,

personally appeared Assistant United States Attorney Hayley Reynolds, the complainant

herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth

facts on the basis of which I find probable cause to believe that HORACIO RANGEL

CONTRERAS a.k.a. "FILIGONIO" a.k.a. "EL FILI" should be apprehended and brought

before this Court to the end that the evidence of criminality may be heard and considered as

provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and

Mexico.

IT IS THEREFORE ORDERED that a warrant for the arrest of HORACIO

RANGEL CONTRERAS a.k.a. "FILIGONIO" a.k.a. "EL FILI" be issued. The Court also

ORDERS that the complaint, this order, and the arrest warrant be placed UNDER SEAL until

the arrest of the defendant or further order of this Court.

DATED: August 17, 2011.

UNITED STATES MAGISTRATE JUDGE